# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2021

161313

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

EVA LAFAVE,
           Plaintiff-Appellee,

v                                                  SC: 161313
                                                   COA: 345986
                                                   Marquette CC: 17-055666-NH
ALLIANCE HEALTHCARE SERVICES,
INC., f/k/a ALLIANCE IMAGING, INC.,
d/b/a ALLIANCE HEALTHCARE
RADIOLOGY,
           Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the April 2, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2021

b0421

Clerk